# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RICHARD POTTER, § <br> § <br> *Plaintiff,* § <br> v. § <br> § <br> FISHER CONTROLS INTERNATIONAL § <br> LLC, § <br> § <br> *Defendant.* § | Civil Action No. 4:23-cv-00982 <br> Judge Mazzant/Judge Davis |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #32) that the case be remanded for lack of subject-matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is hereby **REMANDED** to the 397th District Court, Grayson County, Texas.

**IT IS SO ORDERED**.

SIGNED this 12th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE